**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**BRIAN LE'SHANE THOMPSON** **PLAINTIFF**

**V.** **CASE NO. 2:26-CV-2114**

**SEBASTIAN COUNTY JAIL and**
**NURSE STEPHANIE** **DEFENDANTS**

# ORDER

Now before the Court is the Report and Recommendation (Doc. 7) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

**IT IS SO ORDERED** on this 22nd day of September, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE